# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARION FREDERICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-506

[June 17, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562013CF003201A.

Rachael E. Reese of O'Brien Hatfield Reese, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CJ., CONNER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***